## 18586.  JONES *v.* THE STATE.

BROYLES, C. J.  1.  "To ascertain whether a particular part of a charge, excepted to as expressing an opinion on the facts, is fairly liable to such exception, the whole charge, written and in the record, may be considered." *Nutzel* v. *State,* 60 *Ga.* 264.  Under this ruling and the facts of the instant case, the single ground of the amendment to the motion for a new trial shows no cause for a reversal of the judgment below.

2. The general grounds of the motion for a new trial are not argued or referred to in the brief of counsel for the plaintiff in error, and are treated as abandoned.

*Judgment affirmed.  Luke and Bloodworth, JJ., concur.*

DECIDED JANUARY 10, 1928.

Manslaughter; from Fulton superior court—Judge Moore.  October 8, 1927.

*Louis H. Foster,* for plaintiff in error.

*John A. Boykin, solicitor-general, J. W. LeCraw,* contra.

Criminal Law, 16 C. J. p. 1049, n. 82; 17 C. J. p. 212, n. 18.